## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Boiling Crab Franchise Co., LLC,<br><br>                         Plaintiff,<br><br>       - against -<br><br>The Boiling Seafood LLC,<br><br>                         Defendant. | Case No.: 6:25-cv-1626 (AMN/ML)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a) and LCR 7.1(a), Plaintiff Boiling Crab Franchise Co., LLC submits the following corporate disclosure:

1. Boiling Crab Franchise Co., LLC's parent company is Sinhdarella, Inc., a California corporation; and

2. No publicly held corporation owns 10% or more of Boiling Crab Franchise Co., LLC's stock.

DATED this 20th day of November, 2025.

                                                               DAVIS WRIGHT TREMAINE LLP

                                                               By: *s/ L. Danielle Toaltoan*

                                                               L. Danielle Toaltoan
                                                               1251 Avenue of the Americas
                                                               21st Floor
                                                               New York, NY 10020
                                                               Tel. 212.603.6463
                                                               Email: danielletoaltoan@dwt.com