AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of New York__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:25-cv-1626 (AMN/ML) | DATE FILED<br>11/20/2025 | U.S. DISTRICT COURT<br>Northern District of New York |
|---|---|---|
| PLAINTIFF<br>BOILING CRAB FRANCHISE CO., LLC | | DEFENDANT<br>THE BOILING SEAFOOD LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3256219 | 6/26/2007 | Boiling Crab Franchise Co., LLC |
| 2 | 4174077 | 6/17/2012 | Boiling Crab Franchise Co., LLC |
| 3 | 4491054 | 3/4/2014 | Boiling Crab Franchise Co., LLC |
| 4 | 5374534 | 1/9/2018 | Boiling Crab Franchise Co., LLC |
| 5 | 8003003 | 10/28/2025 | Boiling Crab Franchise Co., LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>*John Domurad*<br>Clerk of Court | (BY) DEPUTY CLERK<br>s/ Heather Merritt | DATE<br>11/21/25 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy