# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN M. DOMURAD**<br>Clerk<br><br>**DANIEL R. MCALLISTER**<br>Chief Deputy | James T. Foley, U.S. Courthouse<br>445 Broadway, Room 509<br>Albany, New York 12207-2936<br>(518) 257-1800 |

Steven E. Klein, Esq.
560 SW 10th Avenue
Suite 700
Portland, OR 97205

RE: Boiling Crab Franchise Co., LLC vs. The Boiling Seafood LLC
NYND CASE NO. 6:25-cv-1626 (AMN/ML)

Dear Sir or Madam:

Please be advised that the above case was filed November 20, 2025, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

                                                Very Truly Yours,

                                                JOHN M. DOMURAD, CLERK


                                                By: s/ Heather Merritt, Case Processing Specialist