AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Boiling Crab Franchise Co., LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:25-cv-01626-AMN-ML |
| The Boiling Seafood LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Boiling Crab Franchise Co., LLC.

Date: 12/10/2025

/s Steven E. Klein/
*Attorney's signature*

Steven E. Klein  (Oregon 051165)
*Printed name and bar number*

Davis Wright Tremaine LLP
560 SW 10th Avenue, Suite 700
Portland, OR 97205
*Address*

stevenklein@dwt.com
*E-mail address*

(503) 241-2300
*Telephone number*

(503) 276-5783
*FAX number*