AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| BOILING CRAB FRANCHISE CO., LLC<br><br>*Plaintiff(s)*<br>v.<br>THE BOILING SEAFOOD LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:25-cv-1626 (AMN/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE BOILING SEAFOOD LLC
1707 Oriskany St. W.
Utica, NY 13502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Danielle Toaltoan
Davis Wright Tremaine LLP
1251 Ave. of the Americas, 21st Floor
New York, NY 10020-1104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 11/21/2025

s/ Heather Merritt

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

State of New York     County of _____     District Court

Index Number: 6:25-CV-1626(AMN/ML)
Date Filed: _____

Plaintiff: **BOILING CRAB FRANCHISE CO., LLC,**
vs.
Defendant: **THE BOILING SEAFOOD LLC,**

For:
DAVIS WRIGHT TREMAINE LLP
1251 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10020

Received by Jeremy Schor Process Service to be served on **THE BOILING SEAFOOD LLC C/O CHENG LIN, 1707 ORISKANY ST W, SUITE 120, UTICA, NY 13502**.

I, **JEREMY SCHOR**, being duly sworn, depose and say that on the **3rd day of December, 2025** at **12:21 pm**, I:

served a **CORPORATION** by delivering a true copy of the **COMPLAINT WITH EXHIBITS, RULE 7.1 DISCLOSURE STATEMENT, SUMMONS, GENERAL ORDER #25, REPORT ON THE FILING AND DETERMINATION OF AN ACTION REGARDING TRADEMARK** with the date and hour of service endorsed thereon by me, to: **CHENG LIN** as **OWNER** for **THE BOILING SEAFOOD LLC**, at the address of: **1707 ORISKANY ST W, SUITE 120, UTICA, NY 13502**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: ASIAN, Height: 5'5", Weight: 175, Hair: BLK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

**JEREMY SCHOR**
Process Server

Date

Jeremy Schor Process Service
506 Seneca St
Utica, NY 13502
(315) 939-3854

Our Job Serial Number: JSR-2025000570

STACY SCHOR
NOTARY PUBLIC - STATE OF NEW YORK
Reg# 01SC6413224
Appointed in Oneida County
My commission Expires 01/25/2029