Davis Wright Tremaine LLP

**L. Danielle Toaltoan**
(212) 603-6463 tel

danielletoaltoan@dwt.com

January 26, 2026

**VIA ECF**
Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:     *Boiling Crab Franchise Co., LLC v. The Boiling Seafood LLC*, Civil No. 25-cv-01626-AMN-ML

Dear Judge Lovric:

This firm represents Plaintiff, Boiling Crab Franchise Co., LLC, in the above-referenced matter. We write to respectfully request a 45-day adjournment of the deadlines associated with the Fed. R. Civ. P. 16 conference and Fed. R. Civ. P. 26 discovery obligations.

Currently, the parties are required to file their case management plan by January 28, 2026. Plaintiff proposes extending this deadline to March 16, 2026. Additionally, the initial conference, which is currently scheduled for February 18, 2026, would be rescheduled for April 6, 2026, under this proposal.

The requested extension is necessary to allow the parties additional time to complete ongoing settlement discussions.

Eric Menhart, counsel for Defendant, The Boiling Seafood LLC, consents to this request. This is Plaintiff's first request for an extension.

DWT.COM

Hon. Miroslav Lovric
January 24, 2026
Page 2

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ L. Danielle Toaltoan*

L. Danielle Toaltoan

cc:     Eric Menhart, Esq., Lexero Law