**Davis Wright Tremaine** LLP

**L. Danielle Toaltoan**
(212) 603-6463 tel

danielletoaltoan@dwt.com

March 17, 2026

**VIA  ECF**
Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:    *Boiling Crab Franchise Co., LLC v. The Boiling Seafood LLC*, Civil No. 25-cv-01626-AMN-ML

Dear Judge Lovric:

This firm represents Plaintiff, Boiling Crab Franchise Co., LLC ("Plaintiff"), in the above-referenced matter.  We write to respectfully request a 14-day adjournment of the deadline to seek entry of default against Defendant The Boiling Seafood LLC ("Defendant").

Pursuant to the recent text order, Plaintiff is required to request an entry of default by March 18, 2026.  ECF No. 13.  Plaintiff proposes extending this deadline to April 1, 2026.  The requested extension is necessary to allow the parties additional time to complete ongoing settlement discussions.  In the event that that the parties fail to settle the claims, Plaintiff will request entry of default as instructed by the Court.

Counsel for Defendant consents to this request.  This is Plaintiff's second request for an extension.

Hon. Miroslav Lovric
March 17, 2026
Page 2


Respectfully submitted,

Davis Wright Tremaine LLP

/s/ *L. Danielle Toaltoan*


L. Danielle Toaltoan


cc:    Eric Menhart, Counsel for The Boiling Seafood LLC