Davis Wright Tremaine LLP

**L. Danielle Toaltoan**
(212) 603-6463 tel

danielletoaltoan@dwt.com

April 1, 2026

**VIA  ECF**

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:     *Boiling Crab Franchise Co., LLC v. The Boiling Seafood LLC*, Civil No. 25-cv-01626-AMN-ML

Dear Judge Lovric:

     This firm represents Plaintiff, Boiling Crab Franchise Co., LLC ("Plaintiff"), in the above-referenced matter.  Pursuant to the Court's March 18, 2026 Order, ECF No. 15, we write to provide the following status report.

     On March 27, 2026, the parties finalized a written settlement agreement concerning the resolution of this matter. In accordance with the terms of that agreement, on March 30, 2026, Plaintiff filed via ECF a Stipulation and Proposed Permanent Injunction for consideration by the Hon. Anne M. Nardacci. ECF No. 16. The Stipulation provides, among other things, that should Judge Nardacci approve and enter the Proposed Permanent Injunction, the parties will execute and file a stipulation of dismissal of the action with prejudice within ten (10) business days after notice of entry of the injunction by the Court.  *Id.* at 2.

     Accordingly, Plaintiff respectfully requests that proceedings in this matter be stayed pending Judge Nardacci's review and action on the Proposed Permanent Injunction.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ *L. Danielle Toaltoan*

L. Danielle Toaltoan

cc:     Eric Menhart, Counsel for The Boiling Seafood LLC

DWT.COM